CONNECTICUT INSTITUTE FOR THE BLIND *v.* CONNECTICUT COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

The motion by Joan E. Pilver and David C. Shaw for permission to appear, file a brief and argue before this court as amici curiae in the appeal from the Court of Common Pleas in Hartford County is granted to the extent that a brief may be filed.

*Joan E. Pilver* and *David C. Shaw,* in support of the motion.

*Brian Clemow,* in opposition.

Submitted September 7—decided September 28, 1977

The application by John Rose, Jr., to permit Norman R. Buchsbaum and Bert N. Bisgyer of the Maryland bar to appear pro hac vice, file a brief and argue before this court as amici curiae in the appeal from the Court of Common Pleas in Hartford County is granted to the extent that a brief may be filed provided it is cosigned by a member of the bar of this state.

*John Rose, Jr.,* in support of the motion.

